BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAY 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:04-MJ-02232 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| WILLIAMS ARMANDO RAMIREZ, JR., | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Bayleigh J. Pettigrew, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against Williams Armando Ramirez, Jr. on or about November 16, 2004, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 8, 2015                     Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                            By:    /s/ Bayleigh J. Pettigrew
                                       BAYLEIGH J. PETTIGREW
                                       Special Assistant U.S. Attorney

1

U.S. v. Ramirez

1

## O R D E R

2

3      IT IS HEREBY ORDERED that the Information filed on November 16,

4      2004, against Williams Armando Ramirez Jr., be dismissed, without

5      prejudice, in the interest of justice.

6

7      Dated:   May 18, 2015                _____

       HON. GARY S. AUSTIN
8                                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

CC: USM                                              U.S. v. Ramirez